AO 93 (Rev. 5/85) Search Warrant

# United States District Court

DISTRICT OF _____DELAWARE_____

In the Matter of the Search of

(Name, address or brief description of person or property to be searched)

▓▓▓▓▓▓▓▓▓▓▓ Wilmington, Delaware, described more particularly on Attachment A

## SEARCH WARRANT

CASE NUMBER: 05- 116 m

**REDACTED**

TO: __Anthony H. Crabtree_____ and any Authorized Officer of the United States

Affidavit(s) having been made before me by __Anthony H. Crabtree__ who has reason to
                                                    Affiant

believe that ☐ on the person of or ☒ on the premises known as (name, description and/or location)

▓▓▓▓▓▓▓▓▓▓▓ Wilmington, Delaware, described more particularly on Attachment A

in the _____ District of ___Delaware_____ there is now
concealed a certain person or property, namely (describe the person or property)

listed in Attachment B of this Affidavit

I am satisfied that the affidavit(s) and any recorded testimony establish probable cause to believe that the person or property so described is now concealed on the person or premises above-described and establish grounds for the issuance of this warrant.

YOU ARE HEREBY COMMANDED to search on or before __October 23, 2005_____
                                                                              Date

(not to exceed 10 days) the person or place named above for the person or property specified, serving this warrant and making the search (in the daytime — 6:00 A.M. to 10:00 P.M.) (at any time in the day or night as I find reasonable cause has been established) and if the person or property be found there to seize same, leaving a copy of this warrant and receipt for the person or property taken, and prepare a written inventory of the person or property seized and promptly return this warrant to _____ U.S. Judge or Magistrate as required by law. YOU ARE FURTHER AUTHORIZED TO COMPLY WITH THE CONDITIONS SET FORTH IN ATTACHMENT C.

**FILED**
NOV - 2 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

__October 13, 2005  5:36 pm__                at   __Wilmington, Delaware__
Date and Time Issued                              City and State

__Mary Pat Thynge__
__Magistrate Judge__
Name and Title of Judicial Officer                Signature of Judicial Officer

AO 93 (Rev 5/85) Search Warrant

REF. CASE # 05-116M

# RETURN

| DATE WARRANT RECEIVED | DATE AND TIME WARRANT EXECUTED | COPY OF WARRANT AND RECEIPT FOR ITEMS LEFT WITH |
|---|---|---|
| 10/13/2005 | 10/14/2005  6:00 am | BRUCE E. DUNLAP |

INVENTORY MADE IN THE PRESENCE OF

BRUCE E. DUNLAP

INVENTORY OF PERSON OR PROPERTY TAKEN PURSUANT TO THE WARRANT

SEE ATTACHED LIST.

# CERTIFICATION

I swear that this inventory is a true and detailed account of the person or property taken by me on the warrant.

SA. Anthony H. Crabtree
SA. ANTHONY H. CRABTREE

Subscribed, sworn to, and returned before me this date.

_____   10/15/05
U.S. Judge or Magistrate      Date

ATTACHMENT A
LOCATION TO BE SEARCHED

The residence, located at ███████████████ Wilmington, Delaware, is located west of the intersection of ███████ and ████████. The residence is the first house facing ████████ on the left traveling west from the intersection of ████████ and ████. The residence is fully described as a small, one level, single family home with a red brick exterior on the front of house with white vinyl sides. The house has a gray painted over hang over the front porch. The front windows are framed in white. The number ████ is located on the front to the house.

ATTACHMENT B

LIST OF ITEMS TO BE SEARCHED FOR AND SEIZED

1. Any and all materials depicting child pornography, any sexual conduct regardless of whether it is between an adult and a child or between children or child erotica. Any images, audio recording, visual recording, CD's, DVD's, digital memory, sketches, drawings, cartoons or other media depicting or portraying nudity, lewd or lascivious exhibition of genitalia, sexually suggestive poses, obscene material or any type of sexually explicit conduct as defined in Title 18, United States Code, Section 2256, to include but not limited to videos or CD's titled RBV 05, RF1 007, RF2 005, Crimea 06, KDV 15, Showerboys 3a-3f, RBM 71, RBV 73, RBV 08, RBV 02 and RBV 16.

2. In any media or format, all address books, rolodexes, lists of names, list of characteristics of individuals, computer screen names, e-mail addresses, to include ▇▇▇▇▇▇▇▇▇▇ records of the computer activity of any individual, addresses for personal web pages, and any and all evidence of passwords needed to access, any computer located at ▇▇▇▇▇▇▇▇▇▇, Wilmington, Delaware.

3. Samples of BRUCE D. DUNLAP's handwriting to include but not limited to letters, notes and diaries. Mailing material to include past correspondence received from ▇▇▇▇▇▇▇▇. Mailing materials and other indicia of occupancy and/or ownership verifying DUNLAP'S residency at the above searched address, and/or other addresses.

4. Any and all materials that would assist in the identification of Ray Alsop. Or any material addressed or pertaining to ▇▇▇▇▇▇▇▇ Wilmington, Delaware, to include but not limited to handwritten notes, letters, envelopes, or packaging material.

5. Computer hardware, software, documentation, passwords, and data security devices that were integral tools of this crime and constitute the means to commit it. These objects themselves may be instrumentalities, fruits, or evidence of crime, and/or the objects may have been used to collect and store information about crimes (in the form of electronic data).

## ATTACHMENT C

With respect to any videotapes and any computer hardware, software, and storage media authorization is hereby granted for the FBI, and other law enforcement officers under its direction, to remove such items from the premises in order for them to be analyzed off the premises at a later time for the items described on Attachment B.

## ITEMS SEIZED

Item #1  One (1) Dell Dimension 4100 computer, serial number D9LQP01 recovered from Room F.

Item #2  One (1) Western Digital Hard Drive model #WD400 serial number WMA6R3878482 BB 7SAU1 recovered from Room F.

Item #3  One (1) Olympus D510 Zoom Digital camera serial number 188255455 recovered from Room F.

Item #4  Two (2) Olympus 64 MB Smartmedia cards and one (1) Scandisk 64 MB Smartmedia card all contained in a separate case recovered from Room F.

Item #5  One (1) Olympus 64 MB Smartmedia card, one (1) Olympus 8 MB Smartmedia card and (1) Scandisk 64 MB Smartmedia card all contained in the camera case of Item #3 recovered from Room F.

Item #6  Two (2) Iomega Zip 100 disks labeled "Bruce's PC complete back-up" disk 1 and 2 recovered from Room G.

Item #7  Fifteen (15) miscellaneous 80 min CD-R disks recovered from Room F.

Item #8  One (1) TDK 74 minute test CD in case recovered from Room F.

Item #9  One (1) Western Digital Hard Drive model # WD800 serial number WCAM97282454 recovered from Room F.

Item #10  Twelve (12) CD-R disks in stack case recovered from Room F.

Item #11  36 CD-R disks in black case recovered from Room G.

Item #12  Approximately 38 miscellaneous documents including miscellaneous e-mail, Comcast bills and invoices recovered from Room F.

Item #13  Two (2) letters from the Delaware Motor Vehicle Division addressed to ▓▓▓▓▓▓▓▓▓▓ recovered from Room F.

Item #14   Sixteen (16) 3.5", 1.96 MB floppy disks recovered from Room F.

Item #15   Two (2) CD-R disks in cases recovered from Room F.

Item #16   Four (4) loose CD-R disks recovered from the computer desk shelf located in Room F.

Item #17   Two (2) Memorex CD-RW disks in cases recovered from Room F.

Item #18   Three (3) miscellaneous documents which list various e-mail addresses recovered the computer desk located in Room F.

Item #19   Two (2) documents labeled with header "GEORGE.CRD" recovered from Room E.

Item #20   One (1) Single shot Remington Target Master Model 510 rifle, serial number unknown, recovered from Room E. The receipt of this item was also documented using a separate FD-597.

Item #21   Three (3) documents listing e-mail addresses, internet site addresses and persons' names recovered from Room E.

Item #22   One (1) greeting card addressed to "Tammi & Jay" recovered from Room E.

Item #23   One (1) letter dated 21 Jan 82 written on United States Air Force letterhead recovered from Room E.

Item #24   Four (4) photographs of an adolescent male recovered from the top drawer of the dresser located in Room D.

Item #25   One (1) copy of a State of Delaware birth certificate for ▮▮▮▮▮▮▮▮ recovered from the top drawer of the dresser located in Room D.

Item #26   Three (3) reel to reel video tapes recovered from Room I.